UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CHAVIS LARANZO COX, #327335, | ) C/A NO.: 4:13-cv-00125-MGL-TER |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) ORDER STAYING ACTION |
| | ) |
| ANTHONY DAVIS; BRUCE OBERMAN; ANTHONY J. PADULA, | ) |
| | ) |
| DEFENDANTS. | ) |

This matter came before the Court upon a Motion on behalf of the Defendant, Lt. Anthony Davis, to stay these proceedings. (Doc. #23). This Motion was based upon the Service Members Civil Relief Act pursuant to 50 U.S.C.A, §522 and §525 on the grounds that Lt. Davis was never properly served in this matter and that Lt. Davis is currently stationed with the military in active deployment in Kosovo.

According to counsel, Lt. Davis is expected to return to the United States and resume employment with the South Carolina Department of Corrections sometime in the summer of 2013[1], but the military will not provide an exact date due to national security concerns.

For good cause shown, it is therefore ordered that this matter is stayed until September 4, 2013, to afford Lt. Davis an opportunity to be served, become acquainted with this case, and participate in his defense.

IT IS SO ORDERED.

June 11 ,2013
Florence, South Carolina

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

---

[1] In the event Lt. Davis does not return as indicated, counsel may request an extension of the stay.